UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| GUSTAVO PLATA-RETAMOZO | : | VIOLATIONS: |
| also known as | : | 8 U.S.C. § 1326(b)(2) |
| Humberto Plata-Retamoso and | : | (Unlawful Reentry of a Removed Alien |
| Humberto Retamoco, | : | Following the Commission of an |
| Defendant. | : | Aggravated Felony); |
| | : | 8 U.S.C. §1326(a) |
| | : | (Unlawful Reentry of a Removed Alien) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about October 17, 2005, within the District of Columbia, the defendant, **GUSTAVO PLATA-RETAMOZO, also known as Humberto Plata-Retamoso and Humberto Retamoco,** an alien who had previously been denied admission, excluded, deported or removed therefrom following his failure to appear before a judge in the D.C. Superior Court pursuant to a court order to answer to or to dispose of a charge of a felony, to wit a Second Degree Burglary in criminal case number F2424-03 for which a sentence of 2 years' imprisonment or more might have been imposed, an aggravated felony pursuant to 8 United States Code Section 1101, was unlawfully present in the United States, having been found in Washington, D.C.  The said defendant had not obtained the

express consent of the Attorney General of the United States for re-application by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326 (b)(2).

(**Unlawful Reentry of a Removed Alien Following the Commission of an Aggravated Felony**, in violation of Title 8, United States Code, Section 1326 (b)(2)).

## COUNT TWO

On or about October 17, 2005, within the District of Columbia, the defendant, **GUSTAVO PLATA-RETAMOZO, also known as Humberto Plata-Retamoso and Humberto Retamoco**, an alien who had previously been denied admission, excluded, deported or removed therefrom, was unlawfully present in the United States, having been found in Washington, D.C. The said defendant had not obtained the express consent of the Attorney General of the United States for re-application by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

(**Unlawful Reentry of a Removed Alien,** in violation of Title 8, United States Code, Section 1326(a)).

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia