IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff;** ) | |
| ) | |
| v. ) | CR NO 05-0303 (EGS) |
| ) | |
| ) | |
| **GUSTAVO PLATA-RETAMOZO,** ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.  Please send all notices and inquiries to this attorney at the address listed.

```
                    Respectfully submitted,

                    A.J. KRAMER
                    FEDERAL PUBLIC DEFENCER


                            /S/
                    By:_____
                    DAVID W. BOS
                    Assistant Federal Public Defender
                    625 Indiana Avenue, N.W., Suite 550
                    Washington, D.C.  20004
                    (202) 208-7500
```

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served this 7TH day of November 2005 upon BARRY WIEGAND, Office of the United States Attorney for the District of Columbia, 555 Fourth Street., N.W., Washington, D.C. 20538.

```
                            /S/
                    By:_____
                    DAVID W. BOS
```