UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>Gustavo Plata Retanozo )<br>)<br>Defendant.    )<br>) | Criminal No. 05-392 (EGS)<br><br>FILED<br>NOV 30 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### O R D E R

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house Gustavo Plata Retanozo _____ at Central Treatment Facility until further Order of this Court.

12/1/05
_____
DATE

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE