IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 05-393(EGS) |
| | : | |
| | : | VIOLATIONS: |
| v. | : | Unlawful Reentry of Removed Alien, 8 U.S.C. § 1326(a); Attempt Second Degree Burglary 22 D.C. Code §§ 801(b), 1803) (2001 ed.)). |
| **GUSTAVO PLATA-RETAMOZO** | : | |
| **Humberto Plata-Retamoso and Humberto Retamoco,** | : | |
| **Defendant** | : | |

**S U P E R C E D I N G   I N F O R M A T I O N**

The United States charges that:

COUNT ONE

On or about October 17, 2005, within the District of Columbia, the defendant, **GUSTAVO PLATA-RETAMOZO,** also known as Humberto Plata-Retamoso and Humberto Retamoco, an alien who had previously been denied admission, excluded, deported or removed therefrom, was unlawfully present in the United States, having been found in Washington, D.C. The said defendant had not obtained the express consent of the Attorney General of the United States for re-application by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

 (**Unlawful Reentry of a Removed Alien,** in violation of Title 8, United States Code, Section 1326(a)).

## COUNT TWO

On or about October 17, 2005, within the District of Columbia, the defendant, GUSTAVO PLATA-RETAMOZO also known as Humberto Plata-Retamoso and Humberto Retamoco attempted to enter the warehouse of Stephen Middleton with intent to steal property in violation of 22 D.C. Code Sections 801(b), 1803.

**(Attempt to Commit Second Degree Burglary,** in violation of 22 D.C. Code, Sections 801(b), 1803) (2001 ed.)).

KENNETH L. WAINSTEIN
United States Attorney
District of Columbia
D.C. Bar # 451-058

By: _____
HEIDI M. PASICHOW
Assistant United States Attorney
D.C. Bar # 370-686
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7564
Heidi.Pasichow@usdoj.gov