## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES
        Plaintiff,

Criminal No. 05-392 (EGS)

GUSTAVO PLATA-RETAMOZO
aka Humberto Plata-Retamoso and
Humberto Retamoco
        Defendant

FILED

JAN 1 1 2005

### WAIVER OF INDICTMENT

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    I, GUSTAVO PLATA-RETAMOZO the above named defendant,

who is accused of Unlawful Reentry, Attempted Second Degree Burglary

being advised of the nature of the charge(s), the proposed

information, and of my rights, hereby waive in open court on

    1-11-06              prosecution by indictment and

consent that the proceeding may be by information rather than

by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment