UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 05-393 (EGS) |
| | : | |
| v. | : | |
| | : | |
| GUSTAVO PLATA-RETAMOZO | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Michael Harvey, at telephone number 202-305-2196 and/or email address michael.harvey2@usdoj.gov. Michael Harvey will substitute for Assistant United States Attorney Heidi Pasichow as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

Michael Harvey
Assistant United States Attorney
Federal Major Crimes, Bar No. 447-465
555 4th Street, NW, Room 4243
Washington, DC 20530
202-305-2195