## UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
PROBATION OFFICE

RICHARD A. HOUCK, JR.
CHIEF UNITED STATES PROBATION OFFICER

E. BARRETT PRETTYMAN U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W., SUITE 2800
WASHINGTON, D.C. 20001-2866
TELEPHONE (202) 565-1300

February 1, 2006

### MEMORANDUM TO THE HONORABLE EMMET G. SULLIVAN

FILED
FEB - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:  **Gustavo Plata-Retamozo**
     **Docket No.: CR-05-393**
     **Request for Extension of Date for Submission of Presentence Report to Court**

On 01/11/2006 Gustavo Plata-Retamozo pled guilty to Reentry of a Removed Alien, 8 USC § 1326(a) and Attempted Second Degree Burglary, 22 DCC § 801(b). The case was referred to our office for a presentence investigation on 01/11/2006. Sentencing is scheduled for 04/19/2006.

The final presentence report was ordered due to the Court 03/22/2006, requiring disclosure to be due 02/22/2006. Pursuant to LcrR 32.2, the final presentence report would be due to the Court on 04/12/2006, resulting in a disclosure date of 03/19/2006.

The defendant has criminal histories with US Immigration, the State of Florida and the State of Virginia. In order to obtain the criminal history records necessary to provide the Court with an accurate presentence report, I am requesting additional time to file a final presentence report on or before 04/03/2006 resulting in a disclosure date of 03/10/2006. Under LcrR 32.2, this will not require a change of the established sentencing date of 04/19/2006.

Assistant United States Attorney Michael Harvey and Defense Counsel David Bos have been informed of this request and have no objections regarding an extension.

PLATA-RETAMOZO, Gustavo                                         Page 2
CR-05-393

Should the Court concur with this request, I ask that the due date for the filing of the final presentence report be changed to 04/03/2006.

Respectfully submitted,

UNITED STATES PROBATION OFFICE

Michael J. Penders
United States Probation Officer
(202) 565-1379

Enclosure(s)

Approved by: _____
Gennine Hagar, Deputy Chief
United States Probation Officer
(202) 565-1336

cc:   David W. Bos AFPD
      Michael Harvey AUSA


### ORDER ON REQUEST FOR EXTENSION AND DELAY OF SENTENCING

1.  Extension for additional time to complete presentence report granted ✓

    New sentencing date: _Same date - 4/19/06_

2.  Extension for additional time to complete presentence report denied _____

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

_2/2/06_
DATE